- 1 -

1  Your Name: Elias Torres Ramirez
2  Address: 665 Russell Ave. #5 Santa Rosa CA 95403
3  Phone Number: 707 727 5466
4  Fax Number:
5  E-mail Address: elitsbusiness1@gmail.com
6  Pro Se Plaintiff

FILED
JUL 31 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Elias Torres Ramirez
665 Russell Ave. #5
Santa Rosa CA 95403

Case Number  CV23  3845  LB
*[leave blank]*

Plaintiff,

vs.

Officer's Involved onsite
Police department
601 El Camino Real,
Santa Clara CA 95050
415 615 4700

Defendant.

**COMPLAINT**

**DEMAND FOR JURY TRIAL**
Yes ☐  No ☐

**PARTIES**

1. Plaintiff. *[Write your name, address, and phone number. Add a page for additional plaintiffs.]*

Name: Elias Torres Ramirez
Address: 665 Russell Ave. #5 Santa Rosa CA 95403
Telephone: 707 727 5466

COMPLAINT
PAGE ___ OF ___  *[JDC TEMPLATE – Rev. 05/2017]*

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: _____

Address: _____

Telephone: _____

Defendant 2:

Name: _____

Address: _____

Telephone: _____

Defendant 3:

Name: _____

Address: _____

Telephone: _____

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

☐ under <u>federal question jurisdiction</u> because it is involves a federal law or right. [*Which federal law or right is involved?*] *1st amendment* _____.

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

COMPLAINT
PAGE ___ OF ___   [*JDC TEMPLATE – Rev. 05/2017*]

## VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5. Because this lawsuit arose in <u>San Francisco</u> County, it should be assigned to the _____ Division of this Court.

## STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

Under The Constitution of the United States of America my 1st amendment rights where transgressed, violated, many other things and holy relationships

COMPLAINT
PAGE ___ OF ___   *[JDC TEMPLATE – Rev. 05/2017]*

meaning when I called They did not come but when someone else called They responded, against a holy person My Divine designation, rights constitutional Rights, I do not need permission to talk to my wife, keeping us apart, That in its self was and is wrong. it is not their place business or do I need to explain myself. or should have to explain myself, not to mention everything else that Pertains to me or us.

They would rather seperate me from my loved ones Then help reunite us. They have demonstrated That in Their actions

//
//

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

## CLAIMS

### First Claim

(Name the law or right violated: <u>1st amendment Rights</u>)

(Name the defendants who violated it: <u>officers on site</u>)

[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

They did not want to reconize or diliver simple messages to my loved one to comes out and see me.

very simple, could not do very simple job that they get payed to do. even after I spelled everything out for them on paper,

I could not belive it if it did not happen in front of my eyes.

//

COMPLAINT
PAGE ___ OF ___  [JDC TEMPLATE – 05/17]

fruad **Claim**

(*Name the law or right violated:* verify and confirm)
(*Name the defendants who violated it:* The Santa Clara Police department
not verifing and confirming basic information

not reconizing The God of Abraham, Jacob, and Issac. The Almighty The one who made heaven and earth. Their own Laws. The Constitution of the United States of America. 1st Amendment, freedom of Religion and Speech. Examples have already been Provided

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

**DEMAND FOR RELIEF**

[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]

Recognize The Almighty The God of Abraham, Jacob, Issac. The Supreme Law of the Land, which is The constitution of the United States of America. Keep their oaths like they said They would.

**DEMAND FOR JURY TRIAL**

[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 07/31/2023   Sign Name: *Elias Torres Ramirez*

Print Name: Elias Torres Ramirez

COMPLAINT
PAGE ___ OF ___   [JDC TEMPLATE – 05/17]

pElias Ramirez
665 Russell Ave. #5
Santa Rosa CA 95403
(707) 727 5466
07/20/2023

(FYI) notification, addressing the issues, making people aware. For your information: Regarding myself:

My special Divine designation
1) Hi there, my name is Elias
2) I am not a normal person please know that I am not a normal person.
3) Please do not lie to me and steal from me.
4) Give me any type of nonsense. Includes saying things like they were saying to not do their jobs.

Meaning any type of run around. People making excuses on why they cannot do their Jobs or what or that they may not want to do their Jobs.

1) Special Primary Divine Designation
2) Special military Secondary Primary Military Designation depending on the situation
3) 3rd Designation Law Enforcement.
4) Civil/General Designation,

Other concerning matters:
The predictions that I made a long time ago.

My uncle can verify this part
about me making predictions for about 38 yrs. Ago

- Uncle Dan
- Judge Mark Boessenecker from Napa Valley
- Mr. Floyd San Francisco VA peer support specialist.
- Dr. Stuart. Santa Rosa VA.

Things that pertain to me/us. Regarding **Sacred Unions** Vs. Man's versions

| | Where it is found in the bible |
|---|---|
| - Mark 10: 9 | |
| - 1 Corinthians 7: 10-11 | - Genesis 3: 16-18 |
| - Genesis 2: 18 | - 1 Peter 3: 18 |
| - Exodus 20: 17 | - Ephesian s 5: 23 |
| - Galatians 3: 15 | - Colossians 1: 18 |

| (FYI) | Things that pertain to my relationships |
|---|---|
| To: notify, warnings, examples of warnings, when a police officer warns to slow down/when they tell you that the road maybe out ahead. Addressing Issues. Making the person aware of whatever Issues. These only apply for certain Issues regarding my information. | 1) (a) It is not his place. (b) Business. (c) Do not need to be explaining myself.<br>2) Interfering in my divine providence.<br>3) Not keeping their word.<br>4) Stealing, lying about them stealing from me.<br>5) Fraud/identity theft. |

Sincerely,
Elias T. Ramirez.

Elias Ramirez
665 Russell Ave. #5
Santa Rosa CA 95403
(707) 727 5466
07/24/2023

**(FYI) notification, addressing the issues, making people aware. For your information:**
**Regarding myself:**

That need to be corrected.
All that was needed was to meet with my spouse for the purpose of reunification.
Was that so difficult.
There are issues we need to take care of that is between us not anyone else's place or business.
Please contact whoever may be needed to take care of these issues they could be solved so easily by making good communications.

What is more important than following the word of God?
They would rather separate people then help bring them together, who is or are the ones here?
Please communicate that I am only doing what was instructed of me.
People that may need to be contacted for this to happen.
You are telling me that they cannot make the appropriate corrections.

Purposes is to amend

| Sheriff Robert Jonsen | Mayor: London breed | Mayor: Matt Mahann | Chief of Police, Official'(s), |
|---|---|---|---|
| Sheriff Robert Jonsen 55 West Younger Avenue San Jose, CA 95110-1721. (408) 808 4400 (800) 211 2220 Fax: (408) 294 2467 | 1 Dr Carlton B Goodlett Pl, San Francisco, CA 94102 (415) 554 4000 Open Closes at 5 pm. | 200 E. Santa Clara St. San Jose, Ca 95113 (408) 535 3500 | 601 El Camino Real, Santa Clara, CA 95050 (408) 615 4700 Opens at 0900 am. Closes at 3:00 pm. |

Sincerely,
Elias T. Ramirez

Elias Ramirez
665 Russell Ave. #5
Santa Rosa CA 95403
(707) 727 5466
07/24/2023

**(FYI) notification, addressing the issues, making people aware. For your information:**
**Regarding myself:**
**Copy right'(s) may be included depending on the circumstances.**

**I was instructed by The God of Abraham, Isaac, and Jacob. To do this.**

People have been trying to keep us apart because of their own mentalities and Issues.

It is not their place, business or should not have to continue to explain myself.

This information needs to go to the people that need to know.

To whoever it may concern.

All heaven and earth, concerning everything, known, unknown, whatever it may be.

All Militaries'(s), depending on the circumstances.

(DA) District Attorney's Office'(s), depending on the circumstances.

All Law Enforcement'(s), depending on the circumstances.

All Civil and Civilian'(s) Issues, Depending on the circumstances.

All Sheriffs Assemblies'(s),  Police Department'(s), Nation'(s). Santa Clara, CA, Pd. San Jose CA, Pd.


Concerning other organizations, governing bodies, courts, councils, California DMV. Other intelligence agencies, Levis stadium of operations whoever else needs do not interfere with divine providence? Same applies. (Dotc)'(s) Depending on the circumstances


**Concerning:** Sheriff Robert Santa Clara CA, San Jose, CA, Santa Clara, CA, Pd. San Jose CA, Pd.

**Currently having difficulty with myself I need this now. Concerning reunification and discretion.**


Sincerely,

Elias T. Ramirez.

Elias Ramirez
665 Russell Ave. #5
Santa Rosa CA 95403
(707) 727 5466
07/20/2023

(FYI) notification, addressing the issues, making people aware. For your information: Regarding myself:

My special Divine designation
1) Hi there, my name is Elias
2) I am not a normal person please know that I am not a normal person.
3) Please do not lie to me and steal from me.
4) Give me any type of nonsense. Includes saying things like they were saying to not do their jobs.

Meaning any type of run around. People making excuses on why they cannot do their Jobs or what or that they may not want to do their Jobs.

1) Special Primary Divine Designation
2) Special military Secondary Primary Military Designation depending on the situation
3) 3rd Designation Law Enforcement.
4) Civil/General Designation,

Other concerning matters:
The predictions that I made a long time ago.

My uncle can verify this part
about me making predictions for about 38 yrs. Ago

- Uncle Dan
- Judge Mark Boessenecker from Napa Valley
- Mr. Floyd San Francisco VA peer support specialist.
- Dr. Stuart. Santa Rosa VA.

Things that pertain to me/us. Regarding **Sacred Unions** Vs. Man's versions

| | |
|---|---|
| • Mark 10: 9<br>• 1 Corinthians 7: 10-11<br>• Genesis 2: 18<br>• Exodus 20: 17<br>• Galatians 3: 15 | Where it is found in the bible<br>• Genesis 3: 16-18<br>• 1 Peter 3: 18<br>• Ephesian s 5: 23<br>• Colossians 1: 18 |

| (FYI) | Things that pertain to my relationships |
|---|---|
| To: notify, warnings, examples of warnings, when a police officer warns to slow down/when they tell you that the road maybe out ahead. Addressing Issues. Making the person aware of whatever Issues. These only apply for certain Issues regarding my information. | 1) (a) It is not his place. (b) Business. (c) Do not need to be explaining myself.<br>2) Interfering in my divine providence.<br>3) Not keeping their word.<br>4) Stealing, lying about them stealing from me.<br>5) Fraud/identity theft. |

Sincerely,
Elias T. Ramirez.

Elias Ramirez
665 Russell Ave. #5
Santa Rosa CA 95403
(707) 727 5466
07/20/2023

(FYI) notification, addressing the issues, making people aware. For your information: Regarding myself: here is Evidence-based Facts and Guarantees.

Evidence-based Facts and Guarantees.
Examples: on reasons why.
God his leaders and the things of God that are Holy,
We cannot tell God what to do, we cannot tell Gods leaders what to do.
You cannot mess with the things that of God.
Examples of the things of God:
The story of Eli and
Therefore, these people are going to you know what.
Examples of God, his leaders and peoples, Egypt the greatest superpower at the time. Moses Gods chosen leader. We cannot criticize God his leaders, why because it is not your place or their place. You or any of them better back off they do not know what they are talking about. They do not have the right to be judgmental in any of these areas this is not a joke.

People that can Identify and confirm
Contact information.

Pastor Doug Batchelor
From: Granite Bay SDA Church
707 659 6600
VA Reginal Bradley
(669) 331 9644

That I work for the government.
Santa Rosa VSO
(707) 565 5960

© Command.
855 948 2311

Credible, backed by this information.
This should be more than enough information on what I say, do.

- Regarding Uncle Dan/my predictions (951) 595 6606 need to ask for the person that can provide the information
- Judge Mark Boessenecker from Napa Valley (707) 299 1100
- Mr. Floyd San Francisco VA peer support specialist. (415) 221 4810
- Dr. Stuart. Santa Rosa VA. (707) 569 2300

I talked to God, whoever knows this information needs to Identify and confirm it. God's word never fails. I need this immediately. This also involves everything that pertains to me.

| | | |
|---|---|---|
| Mr. Roberts's # | (707) 710 5154 | Concerning predictions and consequences. |
| LT. Barney's # | (951) 595 6606 | concerning predictions about advancements of our |

Not accusations but this has been my experience about doing things.
Talking to people that cannot do the jobs that they were hired to do.
Please disregard if it does not apply.

Sincerely,
Elias T. Ramirez.